# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **ALVIS ARMONTROUTT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No. 4:14-CV-1031-O |
| | § | |
| **CAROLYN W. COLVIN, Acting** | § | |
| **Commissioner of Social Security,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 19. No objections were filed and the Magistrate's recommendation is ripe for review. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation (ECF No. 19) of the United States Magistrate Judge.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. The decision of the Commissioner is **AFFIRMED** and Plaintiff's Complaint is **DISMISSED with prejudice**.

**SO ORDERED** on this **17th day** of **August, 2016.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1